**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>               Plaintiff,<br><br>v.<br><br>AMERICAN TELNET, INC., a corporation, MICHAEL ABRAHAM PARDES, individually and as an officer of American TelNet, Inc., TED LIEBOWITZ, individually and as an officer of American TelNet, Inc., and MICHAEL SELF, individually and as an officer of American TelNet, Inc.,<br><br>               Defendants.<br><br>LINDA PAIS, on her own behalf and on behalf all others similarly situated,<br><br>  Applicant for Intervention. | Case No. 1:99-CV-01587  *King*<br><br>**NIGHT BOX FILED**<br>JUL 09 1999<br>CARLOS JUENKE<br>CLERK, USDC / SDFL / MIA |

### REQUEST FOR EXPEDITED HEARING ON
### EMERGENCY MOTION FOR RULE 24 INTERVENTION

Pursuant to Local Rule 7.1 (B), Intervention-Plaintiff, by and through her undersigned counsel, hereby requests oral argument on the simultaneously filed Emergency Motion for Rule 24 Intervention ("Emergency Motion"). For the reasons set forth in the Emergency Motion, Intervention-Plaintiff respectfully requests that this court grant a hearing on this matter on an expedited basis.

An expedited hearing on this matter will allow Intervention-Plaintiff to set forth her position concerning the



prejudice which will result if intervention is not granted, and will allow the Court to make a prompt determination of the issues before a settlement is reached between the Federal Trade Commission and American TelNet. Undersigned counsel estimates that twenty minutes will be sufficient to set forth the relevant arguments in this matter.

**WHEREFORE**, Intervention-Plaintiff respectfully requests that this Court grant her request for an expedited hearing on her Emergency Motion for Rule 24 Intervention.

Dated: July 9, 1999

                                Respectfully submitted,

                                **MILBERG WEISS BERSHAD**
                                  **HYNES & LERACH LLP**

                          By: /s/ Maya Saxena
                               Kenneth J. Vianale
                               (Member of the Fla. Bar;
                               Fla. Bar No.: pending)
                               Jack Reise
                               (Fla. Bar No. 058149)
                               Maya Saxena
                               (Fla. Bar No. 095494)

                               The Plaza, Suite 900
                               5355 Town Center Road
                               Boca Raton, FL 33486
                               Tel: (561) 361-5000
                               Fax: (561) 367-8400

Of Counsel:

Lee S. Shalov
Ralph M. Stone
Shalov Stone & Bonner
276 Fifth Avenue, Suite 704
New York, New York 10001
Tel: (212) 686-8004
Fax: (212) 686-8005

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded via First Class Mail to all counsel listed below this 9th day of July, 1999.

Lewis Rose, Esq.
D. Reed Freeman, Esq.
ARENT FOX KINTNER PLOTKIN & KAHN PLLC
1050 Connecticut Avenue, N.W.
Washington, DC   20036

Attorneys for Defendants American TelNet Inc., Michael Abraham Pardes and Ted Liebowitz

Eileen Harrington, Esq.
Allen W. Ilile, Esq
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC   20580

For the Federal Trade Commission

Maya Saxena